NUMBER 13-00-245-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


LEOPOLD LEE PEDRAZA
, Appellant,


v.



BILL EWING, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 24th District Court


of De Witt County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, LEOPOLD LEE PEDRAZA, perfected an appeal from a
judgment entered by the 24th District Court of De Witt County, Texas,
in cause number 96-2-17,091. After the record and appellant's brief 
were filed, appellees filed an unopposed motion to dismiss the appeal. 
In the motion, appellees state that all parties have reached a
compromise and settlement of all claims relating to this appeal. By
agreement of the parties, appellees request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellees'
unopposed motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellees' unopposed motion to dismiss is
granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of January, 2001.